(137 So. 317)

### John R. FERGUSON v. STATE.

### 7 Div. 90.

Supreme Court of Alabama.
Oct. 29, 1931.

Frank B. Embry, of Pell City, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., for the State.

PER CURIAM.

Petition of John R. Ferguson for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Ferguson v. State, 137 So. 315.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.